IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-00048-BO

| ATLANTIC COAST PIPELINE, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| 10.81 ACRES, MORE OR LESS, IN | ) | |
| CUMBERLAND COUNTY, NORTH | ) | |
| CAROLINA, *et al.*, | ) | |
| Defendants. | | |

This cause comes before the Court following the filing of a notice of settlement. [DE 58]. The Court ordered that a joint motion to dismiss shall be filed not later than Friday, September 23, 2022. [DE 59]. The parties have filed a request to be permitted additional time to finalize the settlement. [DE 60].

The request is ALLOWED. This matter is hereby STAYED and HELD IN ABEYANCE pending the finalization of the settlement between the parties. Either an updated status report or a joint motion to dismiss and joint motion for return of preliminary injunction bond shall be filed not later than November 1, 2022.

SO ORDERED, this ___21___ day of September 2022.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE