IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:18-cv-00048-BO

ATLANTIC COAST PIPELINE, LLC,

    *Plaintiff*,

v.

10.81 ACRES, MORE OR LESS, IN CUMBERLAND COUNTY, NORTH CAROLINA *et al.*,

    *Defendants*.

**ORDER OF DISMISSAL**

Upon consideration of the Joint Motion to Dismiss this action filed pursuant to Federal Rule of Civil Procedure 71.1(i)(1)(C), that motion is GRANTED, and the above-captioned action is hereby dismissed without prejudice and the Court DIRECTS the Clerk to terminate, without prejudice, the above-captioned action.

It is so ORDERED.

October 19, 2022

TERRENCE W. BOYLE
United States District Judge